IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RAMIE CHAVEZ,

    Plaintiff,

v.                                                       No. 1:18-cv-1216-SCY

DONALD J. TRUMP,
MICHELLE L. GRISHAM,
KENNETH A. NAVA, and
DR. STEPHAN LEWIS[1],

    Defendants.

## NOTICE OF RELATED CASES

The United States of America, acting on behalf of Defendant Dr. Stephen Lewis,[1] hereby provides notice of related cases that have been filed in the District of New Mexico. Ms. Ramie Chavez, the same *pro se* litigant, filed each of these lawsuits. These cases involve common issues of fact, arise out of many of the same events or transactions, and call for determination of substantially related questions of law and fact.

*Chavez v. Republican Party Leadership*, Case No. 1:18-cv-1108-RB-KK (dismissed without prejudice):

*Chavez v. United States Army*, Case No. 1:18-cv-1145-LF-SCY (pending); and

*Chavez v. Nava, et al.*, Case No. 1:18-cv-1186-KBM-KK (pending).

These cases arise from Plaintiff's discharge from the New Mexico National Guard. Plaintiff alleges that she was wrongfully terminated, without due regard for her mental health;

---

[1] Plaintiff's complaint misspells Dr. Lewis's name as "Dr. Stephan Lewis."

that she was held "hostage" and "imprisoned"; and that the VA Medical Center in Albuquerque did not provide appropriate mental health treatment.  *See* Case No. 18-cv-1108, Doc. 1, § B.1 ("wrongful imprisonment for 10 days," "wrongfully terminated" by New Mexico National Guard); Case No. 18-cv-1145, Doc. 3, § B ("Plaintiff was held hostage," "lack of sensitivity to Plaintiff[']s physically visible emotional and mental state," "10-day detainment of the Plaintiff . . . at the Raymond G. Murphy Medical Center"); Case No. 18-cv-1186, Doc. 2-1 at ¶¶ 3 and 7 ("[New Mexico National Guard official] Nava discharged complainant on a misconduct charge regardless of mental illness," "complainant was held hostage"); and Case No. 18-cv-1216, Doc. 1-2 at ¶ 7 ("[Major General] Nava discharged complainant on a misconduct charge regardless of mental illness").  These related cases would entail substantial duplication of labor if heard by different judges.

        Respectfully submitted,

        JOHN C. ANDERSON
        United States Attorney

        */s/ Christopher F. Jeu*
        CHRISTOPHER F. JEU
        Assistant United States Attorney
        P.O. Box 607
        Albuquerque, NM 87103
        (505) 224-1458

        *Counsel for Defendant*

//

//

//

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on December 21, 2018, a true and correct copy of the foregoing was served by first-class mail on the following party:

Ramie Chavez
3301 Monroe Boulevard B9
Albuquerque, NM 87110

*Plaintiff*

                                      */s/ Christopher F. Jeu*
                                      CHRISTOPHER F. JEU
                                      Assistant United States Attorney